# Exhibit A

| No. | Title | Composer(s) | Copyright Registration Number(s) |
|---|---|---|---|
| 1 | IRIS | RZEZNIK | PA0000900647 |
| 2 | TOTAL ECLIPSE OF THE HEART | STEINMAN | PA0000182428 |
| 3 | I GOT YOU (I FEEL GOOD) | BROWN | PA0000698222 |
| 4 | GOT MY MIND SET ON YOU | CLARK | PA0000343850 |
| 5 | SHINE | ROLAND | PA0000663198 |
| 6 | MAH NA MAH NA | UMILIANI | PA0000181226 |
| 7 | LOLLIPOP | DIXON/ROSS | PA0000938995 |
| 8 | MY OWN WORST ENEMY | BALDES/POPOFF/POPOFF/SHELLENBERGER | PA0000951331 |
| 9 | CALL ME THE BREEZE | CALE | RE0000663402 |
| 10 | SLIDE | RZEZNIK | PA0000988826 |
| 11 | HANGING BY A MOMENT | WADE | PA0001028629 |
| 12 | MAKING LOVE OUT OF NOTHING AT ALL | STEINMAN | PA0000190188 |
| 13 | HOLY DIVER | DIO | PA0000179870 |
| 14 | BAT OUT OF HELL | STEINMAN | RE0000904456 |
| 15 | I MELT WITH YOU | BROWN/CONROY/GRAY/MCDOWELL/WALKER | PA0000192020 |
| 16 | NAME | RZEZNIK | PA0000745918 |
| 17 | PARADISE BY THE DASHBOARD LIGHT | STEINMAN | PA0000013430 |
| 18 | RUDY A MESSAGE TO YOU | THOMPSON | PA0000092134 |
| 19 | DECEMBER | ROLAND | PA0000751844 |
| 20 | 18 AND LIFE | SABO/SOUTHWORTH | PA0000424790 |
| 21 | GO-GETTER | MAPLES/MYERS | PA0002281523 |
| 22 | FEEL GOOD | BROWN/MONRO/SALAC | PA0001597820 |
| 23 | HEY MAN, NICE SHOT | PATRICK | PA0000767366 |
| 24 | TWO OUT OF THREE AIN'T BAD | STEINMAN | PA0000143242 |
| 25 | HOME | DAUGHTRY | PA0001166372 |
| 26 | GOOD LOVIN' | CLARK/RESNICK | RE0000626729 |
| 27 | GOD BLESS THE CHILD | HERZOG, JR./HOLIDAY | PA0000003835 |
| 28 | HAIR OF THE DOG | SWEET/CHARLTON/AGNEW/MCCAFFERTY | PA0000498819 |
| 29 | YOU TOOK THE WORDS RIGHT OUT OF MY MOUTH | STEINMAN | RE0000904454 |
| 30 | REVOLUTION WILL NOT BE TELEVISED, THE | SCOTT-HERON | PA0000393938 |
| 31 | I REMEMBER YOU | SABO/SOUTHWORTH | PA0000424794 |
| 32 | REMEMBER (WALKING IN THE SAND) | MORTON | RE0000601097 |
| 33 | LOLA | DAVIES | RE0000773938 |
| 34 | DEAD RINGER FOR LOVE | STEINMAN | PA0000118997 |
| 35 | PIEL CANELA | CAPO | RE0000082229 |
| 36 | TAKE A PICTURE | PATRICK | PA0001157792 |
| 37 | YOUTH GONE WILD | SABO/SOUTHWORTH | PA0000424792 |
| 38 | THERE'LL BE SOME CHANGES MADE | HIGGINS/OVERSTREET | RE0000429148 |
| 39 | CABARET | EBB/KANDER | RE0000655555; RE0000654730 |
| 40 | BETTER DAYS | RZEZNIK | PA0001164334 |
| 41 | I GOT THE FEELIN' | BROWN | RE0000730756 |
| 42 | NO MATTER WHAT | STEINMAN/WEBBER | PA0001211972 |
| 43 | MAYBE THIS TIME | EBB/KANDER | RE0000534509 |
| 44 | IF YOU GO AWAY | BREL/MCKUEN | RE0000680990 |
| 45 | HEAVY | ROLAND | PA0001167645 |
| 46 | COULD YOU TAKE MY PICTURE | PATRICK | PA0001157792 |

| No. | Title | Composer(s) | Copyright Registration Number(s) |
|---|---|---|---|
| 47 | HOLIDAY | HALES/MOORE/STEPHENSON/STEPHENSON | PA0002422026 |
| 48 | DRESS YOU UP | LA RUSSO/STANZIALE | PAu000610763 |
| 49 | DON'T GO TO STRANGERS | CALE | RE0000663399 |
| 50 | MAGNOLIA | CALE | RE0000663443 |
| 51 | ROCK AND ROLL DREAMS COME THROUGH | STEINMAN | PA0000669767 |
| 52 | PIENSA EN MI | LARA/SEE NOTES/TUVIM | E for. 41862 |
| 53 | I GET THE SWEETEST FEELING | EVELYN/MCCOY | RE0000740294; RE0000718157 |
| 54 | EL MANISERO | SIMONS | E 683134 |
| 55 | MALAGUENA | LECUONA | PAu000038006 |
| 56 | I'M STILL HERE | SONDHEIM | PAu001414483 |
| 57 | HEAVEN CAN WAIT | STEINMAN | RE0000904458 |
| 58 | DON'T TALK TO STRANGERS | DIO | PA0000179873 |
| 59 | PLEASE MR PLEASE | WELCH/ROSTILL | RE0000892102 |
| 60 | BROKEN | WADE | PA0001904159 |
| 61 | A LITTLE WICKED | BROUSSARD/GONZALEZ | PA0002041635 |
| 62 | FOR CRYING OUT LOUD | STEINMAN | RE0000904459 |
| 63 | IF I DIDN'T CARE | LAWRENCE | E pub. 76510 |
| 64 | LONG WAY DOWN | RZEZNIK | PA0000745916 |
| 65 | LA MENTIRA | CARRILLO | PA0000006249 |
| 66 | LADY DAY AND JOHN COLTRANE | SCOTT-HERON | PA0000393942 |
| 67 | ALL OR NOTHING AT ALL | LAWRENCE/ALTMAN | PA0001979320 |
| 68 | FINE AND MELLOW | HOLIDAY | E pub. 85033 |
| 69 | BEING ALIVE | SONDHEIM | PA0002078900 |
| 70 | RUN | ROLAND | PA0000945414 |
| 71 | WE ROCK | DIO | PA0000220965 |
| 72 | HOME IS WHERE THE HATRED IS | SCOTT-HERON | PA0000393944 |
| 73 | SUPPER'S READY | BANKS/COLLINS/GABRIEL/GABRIEL/HACKETT/RUTHERFORD | PAu001061042 |
| 74 | LITTLE OLE WINEDRINKER ME | JENNINGS/MILLS | RE0000669887 |
| 75 | SUICIDE MESSIAH | WYLDE | PAu002857486 |
| 76 | MONKEY BUSINESS | SABO/SOUTHWORTH | PA0000535755 |
| 77 | RUST | WYLDE | PAu002469529 |
| 78 | GEL | ROLAND | PA0001589617 |
| 79 | BOYFRIEND (REPEAT) | HALES/MOORE/STEPHENSON/STEPHENSON | PA0002210991 |
| 80 | WELCOME TO THE PEOPLE | AKRAMI/CRETELLA/PARKINSON | PA0002421792 |
| 81 | IF YOU COULD SEE HER | EBB/KANDER | RE0000655563 |
| 82 | AMOR | COBIAN/SUNSHINE | E pub. 72772 |
| 83 | OBJECTS IN THE REAR VIEW MIRROR MAY APPEAR CLOSER | STEINMAN | PA0000668443 |
| 84 | MISERABLE | BALDES/POPOFF/POPOFF/SHELLENBERGER | PA0001067752 |
| 85 | BIG MACHINE | RZEZNIK | PA0001083650 |
| 86 | NAKED | RZEZNIK | PA0000745917 |
| 87 | LOVERS IN A DANGEROUS TIME | COCKBURN | PAU000614478 |
| 88 | URANIUM FEVER | BRITT | RE0000159635 |
| 89 | CRAZY MAMA | CALE | RE0000663393 |
| 90 | I COULD EASILY FALL(IN LOVE WITH YOU) | BENNETT/WELCH/MARVIN/ROSTILL | RE0000570297 |
| 91 | CATCH MY BREATH | HALES/MOORE/STEPHENSON/STEPHENSON | PA0002281557 |
| 92 | WHEELS OF STEEL | BYFORD/DAWSON/GILL/OLIVER/QUINN | PA0000311587 |
| 93 | THE GLOW WORM | LINCKE | E pub. 59162 |
| 94 | I'M PULLING THROUGH | HERZOG, JR./KITCHINGS | RE0000451692 |
| 95 | CAPULLO Y SORULLO | RODRIGUEZ | PA0000964498 |

| No. | Title | Composer(s) | Copyright Registration Number(s) |
|---|---|---|---|
| 96 | EL CAMINO REAL | REED | PA0000269182 |
| 97 | HOUNDS OF SPRING | REED | PA0001604137 |
| 98 | QUIEREME MUCHO | ROIG/RODRIGUEZ | PA0000040939 |
| 99 | TROUBLE | BROUSSARD/GONZALEZ | PA0002044975 |
| 100 | THIS TIME TOMORROW | DAVIES | RE0000797530 |
| 101 | TREMBLE FOR MY BELOVED | ROLAND | PA0001167676 |
| 102 | BALL AND CHAIN | THORNTON | RE0000770899 |
| 103 | LET'S DANCE | BALDRIDGE/BONIME/STONE | PA0001225329 |
| 104 | DIZZY | RZEZNIK | PA0000988826 |
| 105 | KISS OF THE SPIDER WOMAN | EBB/KANDER | PAU001246962 |
| 106 | ONCE A DAY | ANDERSON | RE0000590098 |
| 107 | LOST PRAYER | WYLDE | PAu003811040 |
| 108 | CLYDE | CALE | PA0000077784 |
| 109 | CANTA TROMPETA QUERIDA | SANDOVAL | PAU002903741 |
| 110 | CALL THE DOCTOR | CALE | RE0000663397 |
| 111 | SWEET LITTLE SISTER | SABO/SOUTHWORTH | PA0000424787 |
| 112 | SLAVE TO THE GRIND | BIERK/SABO/SOUTHWORTH | PA0000535756 |
| 113 | BONGORU | CURBELO | RE0000331276 |
| 114 | FEEL THE SAME | BOARDMAN/MACKIN | PA0002233654 |
| 115 | PAPER DOLL | BLACK | PA0000061400 |
| 116 | PRINCESS OF THE NIGHT | BYFORD/DAWSON/GILL/OLIVER/QUINN | PA0000123555 |
| 117 | WONDERING WHERE THE LIONS ARE | COCKBURN | PAu000173129 |
| 118 | LEFT ALONE | HOLIDAY/WALDRON | PA0000448936 |
| 119 | WASTED TIME | BIERK/SABO/SOUTHWORTH | PA0000535765 |
| 120 | ROCK N ROLL CHILDREN | DIO | PA0000260989 |
| 121 | BLUES FOR DIZ | SANDOVAL | PA0000861607 |
| 122 | HOMBRE RELIGIOSO | GARCIA-CASTIL | PA0000009352 |
| 123 | EVERYTHING LOUDER THAN EVERYTHING ELSE | STEINMAN | PA0000668444 |
| 124 | NAUGHTY | PARR | PA0000228871 |
| 125 | ANDALUCIA | LECUONA/NASH | E pub. 27846 |
| 126 | FASTER THAN THE SPEED OF NIGHT | STEINMAN | PA0000182429 |
| 127 | AFTER MIDNIGHT | WATERS | PA0001623946 |
| 128 | HER NAME IS AURORA | EBB/KANDER | PAU001272152 |
| 129 | GRACEFUL GHOST RAG | BOLCOM | PA0000051538 |
| 130 | OVER THE WALL 2 | EBB/KANDER | PAU001272149 |
| 131 | ALL AROUND THE WORLD | TURNER | RE0000498552 |
| 132 | THREE GIRL RHUMBA | NEWMAN/GILBERT/LEWIS/GOTOBED | PA0000012974 |
| 133 | LIFE IS A LEMON AND I WANT MY MONEY BACK | STEINMAN | PA0000668442 |
| 134 | MY SHAWL (VOCAL) | ADAMS/CUGAT | PA0000046621 |
| 135 | WELCOME TO THE FOLD | PATRICK | PA0001009081 |
| 136 | GLOW-WORM | LINCKE/HANSEN/MAIRS | E for. 48779 |
| 137 | TELL ME MORE AND MORE, AND THEN SOME | HOLIDAY | E unpub 222979 |
| 138 | STRANGE | GILBERT/NEWMAN/LEWIS/GOTOBED | PA0000012985 |
| 139 | BILLIE'S BLUES (I LOVE MY MAN) | HOLIDAY | PA0000495360 |
| 140 | FOLLIES | SONDHEIM | PA0000158653 |
| 141 | QUICKSAND JESUS | SABO/SOUTHWORTH | PA0000535758 |
| 142 | READ 'EM AND WEEP | STEINMAN | PA0000118997 |
| 143 | ALLA EN EL RANCHO GRANDE | RAMOS | RE0000249255 |
| 144 | MARIANELA | SANDOVAL | PA0000861607 |

| No. | Title | Composer(s) | Copyright Registration Number(s) |
|---|---|---|---|
| 145 | CONGA | SANDOVAL | PA0000861612 |
| 146 | OUT OF THE FRYING PAN AND INTO THE FIRE | STEINMAN | PAu000137128 |
| 147 | EL NEGRO BEMBON | CAPO | RE0000282237 |
| 148 | I'LL GO ON LOVING YOU | KANE | PA0000914171 |
| 149 | FEEL THE SILENCE | RZEZNIK | PA0001164317 |
| 150 | WHY PT. 2 | ROLAND | PA0000696948 |
| 151 | OUT THE WINDOW | HALES/MOORE/STEPHENSON/STEPHENSON | PA0002281503 |
| 152 | IN A DARKENED ROOM | BIERK/SABO/SOUTHWORTH | PA0000535762 |
| 153 | THE PEANUT VENDOR | SIMONS/GILBERT | E pub. 23351 |
| 154 | THIS MUST BE THE BOTTOM | REEVES/REEVES | RE0000624451 |
| 155 | I HAVE SEEN | PHILLIPS | PA0000933383 |
| 156 | THE LADIES WHO LUNCH | SONDHEIM | PA0002076689 |
| 157 | ESPRIT DE CORPS | JAGER | PA0000264620 |
| 158 | BLEED FOR ME | WYLDE | PA0001250563 |
| 159 | WHERE THE LIGHT GOES | THOMAS | PA0002433407 |
| 160 | RING THEM BELLS | EBB/KANDER | RE0000775775 |
| 161 | JEALOUS OF YOU | MASCHERONI/HARPER | E pub. 34961 |
| 162 | IN OUR LITTLE WOODEN SHOES | POLLACK/MITCHELL | E pub. 64977 |
| 163 | THE REVOLUTION | NOLAN/SCOTT-HERON/SHAW/ZAMARRON | PA0000393938 |
| 164 | FOR THE LOVE OF GOD | VAI | PA0000474948 |
| 165 | FESTIVAL PRELUDE | REED | PA0000217513 |
| 166 | BIG GUNS | MULVEHILL/SABO/SOUTHWORTH | PA0000424786 |
| 167 | FROM WHERE YOU ARE | WADE | PA0001730659 |
| 168 | I THINK I'LL CALL IT MORNING | JACKSON/SCOTT-HERON | PA0000393950 |
| 169 | PIECES OF MAN | JACKSON/SCOTT-HERON | PA0000393943 |
| 170 | SHE SAID | ROLAND | PA0001167644 |
| 171 | NICE AND EASY | BEASLEY/SHERMAN | PA0001239483 |
| 172 | SLEEPING DOGS | WYLDE | PAu003811040 |
| 173 | MIDNIGHT AT THE LOST AND FOUND | PEYRONEL/ADAY/CHRISTIE/BUSLOWE | PA0000186818; PA0000223762; PA0000186819; PA0000186820 |
| 174 | ZIP-LOCK | BALDES/POPOFF/POPOFF/SHELLENBERGER | PA0001067752 |
| 175 | SAVE THE CHILDREN | SCOTT-HERON | PA0000393946 |
| 176 | LAST RESORT AND SPA | BOARDMAN | PA0002233652 |
| 177 | SECOND SUITE FOR BAND | REED | PA0000089318 |
| 178 | BLIND | WADE | PA0001309708 |
| 179 | WHERE WE'LL NEVER GROW OLD | MOORE | E pub. 41339 |
| 180 | IN THE COUNTRY | BENNETT/WELCH/MARVIN/ROSTILL | RE0000648088 |
| 181 | THE BREEZE AND I | LECUONA/STILLMAN | E pub. 85777 |
| 182 | SOME OTHER SPRING | HERZOG, JR./KITCHINGS | RE0000012858 |
| 183 | I DON'T CARE MUCH | EBB/KANDER | RE0000534577 |
| 184 | C.O.O.L PARTY | HALES/MOORE/STEPHENSON/STEPHENSON | PA0002281556 |
| 185 | DENIM AND LEATHER | BYFORD/DAWSON/GILL/OLIVER/QUINN | PA0000123563 |
| 186 | CRUSADER | BYFORD/DAWSON/GLOCKLER/OLIVER/QUINN | PA0000207834 |
| 187 | CANCION MIXTECA | ALAVES | RE0000638701 |
| 188 | WAITING FOR A MIRACLE | COCKBURN | PAu000958703 |
| 189 | LO MUCHO QUE TE QUIERO | IBARRA/ORNELAS/HERRERA | EU39933; EP251393 |
| 190 | 36-24-36 | WELCH/MARVIN/HARRIS/MEEHAN | RE0000435237 |
| 191 | TENDER SURRENDER | VAI | PA0000865471 |

| No. | Title | Composer(s) | Copyright Registration Number(s) |
|---|---|---|---|
| 192 | GRAVEYARD DISCIPLES | WYLDE | PA0001250557 |
| 193 | WAITIN' | BOLCOM/WEINSTEIN | PA0000052524 |
| 194 | 747 (STRANGERS IN THE NIGHT) | BYFORD/DAWSON/GILL/OLIVER/QUINN | PA0000311586 |
| 195 | TUMBANDO CANA | BLANCO/CASTRO/RAMIREZ | E pub. 112598 |
| 196 | PIECE OF ME | SOUTHWORTH | PA0000424789 |
| 197 | RAIN ON THE ROOF | SONDHEIM | PA0001286344 |
| 198 | NEVER SURRENDER | BYFORD/DAWSON/GILL/OLIVER/QUINN | PA0000123556 |
| 199 | ALLELUIA: LAUDAMUS TE | REED | RE0000841299 |
| 200 | I'M GONNA LOVE HER FOR BOTH OF US | STEINMAN | PA0000117266 |
| 201 | TOGETHER AGAIN | OWENS | PA0000037716 |
| 202 | PRISONER | JACKSON/SCOTT-HERON | PA0000393954 |
| 203 | MISSING YOU | MOODY | RE0000668653 |
| 204 | ROOM OF NIGHTMARES | WYLDE | PAU003900697 |
| 205 | SPOKE IN THE WHEEL | WYLDE | PAu002180513 |
| 206 | STILL | ANDERSON | RE0000489595 |
| 207 | EVIL EYES | DIO | PA0000220970 |
| 208 | A MIS ABUELOS | SANDOVAL | PA0000861610 |
| 209 | BEDELIA | JEROME/SCHWARTZ | RE0000483108 |
| 210 | PARADE OF THE WOODEN SOLDIERS | JESSEL/MACDONALD/GLAZER | PA0001815864 |
| 211 | HAPPINESS | ANDERSON | RE0000544119 |
| 212 | CENTERPIECE | EDISON/HENDRICKS | RE0000367971; RE0000367970 |
| 213 | SAMBA DEES DAYS | BYRD | RE0000485287 |
| 214 | BUBBLEGUM | HALES/MOORE/STEPHENSON/STEPHENSON | PA0002287441 |
| 215 | COMPANY | SONDHEIM | PA0000692589 |
| 216 | RAPSODIA CUBANA (ON CUBAN AIRS) | LECUONA | PA0000815184 |
| 217 | DID YOU HEAR WHAT THEY SAID | SCOTT-HERON | PA0000393948 |
| 218 | COMING ON STRONG | WILKINS | RE0000669892 |
| 219 | MALAGUENA | LECUONA/BROWN | RE0000170559 |
| 220 | DON'T TELL MAMA | EBB/KANDER | RE0000654729; RE0000655554 |
| 221 | I MOVE ON | EBB/KANDER | PA0001113933 |
| 222 | ROCKALL | KARLSSON | PA0000185446 |
| 223 | WITHOUT YOU HERE | RZEZNIK | PA0001164318 |
| 224 | CHRISTMAS SUITE | REED | RE0000861340 |
| 225 | EARTH AND SKY | OLDFIELD | PA0001278394 |
| 226 | MIAMI BEACH RUMBA | FIELDS/GAMSE/CAMACHO | PA0000040938 |
| 227 | RATTLESNAKE SHAKE | SABO/SOUTHWORTH | PA0000424791 |
| 228 | BULLET PROOF | RZEZNIK | PA0001953247 |
| 229 | TOMORROW BELONGS TO ME | EBB/KANDER | RE0000654732; RE0000655558 |
| 230 | CLUB-A-GOGO | PRICE/BURDON | RE0000615542 |
| 231 | THE THREE OF US | LEWIS/CAPO | RE0000493651 |
| 232 | IF ONLY | STEINMAN/WEBBER | PA0001144115 |
| 233 | PACING THE CAGE | COCKBURN | PA0000833030 |
| 234 | AND THE BANDS PLAYED ON | BYFORD/DAWSON/GILL/OLIVER/QUINN | PA0000123560 |
| 235 | LOVE IS ALL | LOEB | PA0001136910 |
| 236 | VISIONS | FERRIS | RE0000649289 |
| 237 | CRAZY HORSE | WYLDE | PA0001736387 |
| 238 | RIGHT AS RAIN | ROLAND | PA0002204265 |
| 239 | MANNEQUIN | NEWMAN/LEWIS/GILBERT/GOTOBED | PA0000012987 |
| 240 | CAN'T STAND THE HEARTACHE | SOUTHWORTH | PA0000424788 |
| 241 | THE MUSIC INSIDE | LOEB/CUESTA-LOEB | PA0001136828 |

| No. | Title | Composer(s) | Copyright Registration Number(s) |
|---|---|---|---|
| 242 | STRONG ARM OF THE LAW | BYFORD/DAWSON/GILL/OLIVER/QUINN | PA0000143448 |
| 243 | WALKING BUM | MILLS | RE0000785691 |
| 244 | BANANA BOAT SONG | ARKIN/CAREY/DARLING | PA0000258906 |
| 245 | DALLAS 1PM | BYFORD/DAWSON/GILL/OLIVER/QUINN | PA0000143449 |
| 246 | YOGA HEALING | OLDFIELD | PA0001278397 |
| 247 | ENTR'ACTE | EBB/KANDER | PAu001662266 |
| 248 | IF I HAD A ROCKET LAUNCHER | COCKBURN | PAu000614477 |
| 249 | I NEED YOUR HAND IN MINE | SCOTT | RE0000616332 |
| 250 | LA COMPARSA | LECUONA | PA0000034044 |
| 251 | BREAKDOWN | DAUGHTRY | PA0001166373 |
| 252 | MOTORCYCLE MAN | BYFORD/DAWSON/GILL/OLIVER/QUINN | PA0000311584 |
| 253 | GORGEOUS | BOCK/HARNICK | RE0000681038 |
| 254 | GET SMART THEME | SZATHMARY | RE0000628099 |
| 255 | LONELY PEOPLE | KEARNEY/POWELL/STOUGH | RE0000590093 |
| 256 | BRIDGE TO CROSS | WYLDE | PA0001250561 |
| 257 | GONNA HAVE A FUNKY GOOD TIME | BROWN | PA0000732400 |
| 258 | WHEN YOU ARE WHO YOU ARE | JACKSON/SCOTT-HERON | PA0000393949 |
| 259 | SILVERY RAIN | MARVIN | RE0000811012 |
| 260 | ALL OF US TOGETHER | MYERS | PA0002591076 |
| 261 | NO MORE NO LESS | ROLAND | PA0001167646 |
| 262 | ANOTHER HUNDRED PEOPLE | SONDHEIM | PA0002076785 |
| 263 | CAN-UTILITY AND THE COASTLINERS | RUTHERFORD/GABRIEL/COLLINS/HACKETT/BANKS | PAu001061041 |
| 264 | CRYING EYES | CALE | RE0000663398 |
| 265 | THE BLESSED HELLRIDE | WYLDE | PA0001213404 |
| 266 | A LOVE UNREAL | WYLDE | PAU003900697 |
| 267 | Y'ALL COME | DUFF | RE0000089618 |
| 268 | THE NEEDLE'S EYE | JACKSON/SCOTT-HERON | PA0000393953 |
| 269 | SEVENTH SUITE FOR BAND | REED | PA0001123427 |
| 270 | ANGELS LISTENED IN | LYNN/SMITH | RE0000343728 |
| 271 | THE DAY AFTER THAT | EBB/KANDER | PAu001272144 |
| 272 | TAMARINDO | ACOSTA | RE0000386382 |
| 273 | LET'S MAKE LOVE | EBB/KANDER | PAu001272146 |
| 274 | STEP BY STEP | JONES/SMITH | RE0000370751 |
| 275 | THE RIDE | WATERS | PA0001610077 |
| 276 | ANGEL OF MERCY | WYLDE | PAu003710283 |
| 277 | MAS DINERO/MAS PROBLEMAS | WILSON | PA0001230727 |
| 278 | IN A TOWN THIS SIZE | KANE | PA0000971852 |
| 279 | YOU COULD DRIVE A PERSON CRAZY | SONDHEIM | PA0002076696 |
| 280 | DEAR ONE | EBB/KANDER | PAU001272145 |
| 281 | SLIPPIN' AWAY | MERRITT | PA0000048562 |
| 282 | POWER AND THE GLORY | BYFORD/DAWSON/GLOCKLER/OLIVER/QUINN | PA0000199797 |
| 283 | DRESSING THEM UP | EBB/KANDER | PAu001662262 |
| 284 | HOUSE OF DOOM | WYLDE | PA0001233418 |
| 285 | THE PEANUT VENDOR | SIMONS/GILBERT/SUNSHINE | PA0000282150 |
| 286 | TROUBLE IN PARADISE | SMITH/KHENT | RE0000374547 |
| 287 | NEVER YOU | EBB/KANDER | PAu001357891 |
| 288 | RIVER RUNS DEEP | CALE | RE0000663452 |
| 289 | CIELO ANDALUZ | GASCON/VARIOUS | E pub. 49649 |
| 290 | ONLY IN THE MOVIES | EBB/KANDER | PAu001381665 |
| 291 | VISIT | EBB/KANDER | PAU002478883 |
| 292 | THE MORPHINE TANGO | EBB/KANDER | PAu001381663 |

| No. | Title | Composer(s) | Copyright Registration Number(s) |
|---|---|---|---|
| 293 | YOU COULD NEVER SHAME ME | EBB/KANDER | PAu001357143 |
| 294 | I DO MIRACLES | EBB/KANDER | PAu001272147 |
| 295 | OVER THE WALL 1 | EBB/KANDER | PAu001272150 |
| 296 | MAMA IT'S ME | EBB/KANDER | PAu001372998 |
| 297 | GABRIEL'S LETTER | EBB/KANDER | PAu001281434 |
| 298 | BLUEBLOODS | EBB/KANDER | PAu001662263 |
| 299 | HEAVY METAL THUNDER | BYFORD/DAWSON/GILL/OLIVER/QU INN | PA0000143445 |
| 300 | EVERYDAY | EBB/KANDER | PAu001281436 |
| 301 | I WOULD DANCE | EBB/KANDER | PAu001246960 |
| 302 | A SIGN OF THE AGES | JACKSON/SCOTT-HERON | PA0000393951 |
| 303 | CONCRETE JUNGLE | WYLDE | PA0001862982 |
| 304 | FIRST SUITE FOR BAND | REED | RE0000885195 |
| 305 | AIN'T THAT UNUSUAL | RZEZNIK | PA0000745914 |
| 306 | JURASSITOL | PATRICK | PA0000828825 |
| 307 | THE MONEY SONG | EBB/KANDER | RE0000654078; RE0000655583 |
| 308 | BALLET | EBB/KANDER | RE0000724477 |
| 309 | GONE | DAUGHTRY | PA0001166374 |
| 310 | THE TRUTH | BROUSSARD/GONZALEZ | PA0002251194 |
| 311 | COME BACK DOWN | WADE | PA0001309708 |
| 312 | LIVIN ON A CHAIN GANG | SABO/SOUTHWORTH | PA0000535760 |
| 313 | FRAGILE | NEWMAN/LEWIS/GILBERT/GOTOBE D | PA0000012986 |
| 314 | TWENTY DAYS AND TWENTY NIGHTS | WEISMAN/WESTLAKE | RE0000788292 |
| 315 | THE THREAT | SABO/SOUTHWORTH | PA0000535757 |
| 316 | I'M NOT THE ONLY ONE | PATRICK | PA0001157792 |
| 317 | HERE I AM | SABO/SOUTHWORTH | PA0000424793 |
| 318 | BEAUTIFULLY BROKEN | HAYNES/SCHLIFTMAN | PA0001287562 |
| 319 | PRETTY DONNA | ROLAND | PA0001590417 |
| 320 | I'LL GO DOWN SWINGING | ANDERSON | RE0000589910 |
| 321 | LOSIN' YOUR MIND | WYLDE | PAu001772213 |
| 322 | WEDDING DANCE | LINCKE | C 181871;<br>C 158160 |
| 323 | GET OUT OF THE GHETTO BLUES | JACKSON/SCOTT-HERON | PA0000393940 |
| 324 | SCENES FROM THE LOUVRE | DELLO JOIO | RE0000656400 |
| 325 | BAD HORSIE | VAI | PA0000865466 |
| 326 | BRINGING IT BACK | CALE | RE0000829004 |
| 327 | HAIL TO GEORGIA | WALTER | E pub. 94575 |
| 328 | MAKIN' A MESS | BIERK/SABO/SOUTHWORTH | PA0000424785 |
| 329 | DON'T TALK TO HIM | WELCH/RICHARD | RE0000525918 |
| 330 | MALAGUENA | LECUONA | RE0000069856 |
| 331 | THE RETURN OF THE GIANT HOGWEED | BANKS/GABRIEL/HACKETT/RUTHER FORD | PAu001061043 |
| 332 | EL MERENGUE | DIMANLIG/RAMOS | RE0000163015 |
| 333 | ALONE WITH YOU | VANADORE/DRUSKY | RE0000300407 |
| 334 | WAY OUT THERE | NOLAN | E unpub. 77006 |
| 335 | NEEDS | ROLAND | PA0001167677 |
| 336 | TIME TO CONFESS | HAYNES | PA0001147011 |
| 337 | COUNTRY GIRL | DRUSKY | RE0000345062 |
| 338 | AMOR | WEINSTEIN/BOLCOM | PA0000052524 |
| 339 | LIFT YOU UP | GIBSON/MAPLES | PA0002422556 |
| 340 | BETTER SIT DOWN BOY | HALES/MOORE/STEPHENSON/STEPH ENSON | PA0002281558 |
| 341 | PUMPIN' | WILSON | PA0001041088 |
| 342 | SIDE BY SIDE BY SIDE | SONDHEIM | RE0000794097 |

| No. | Title | Composer(s) | Copyright Registration Number(s) |
|---|---|---|---|
| 343 | STORM | WADE | PA0001961834 |
| 344 | THAT CHRISTMASY FEELING | PEPPERS/CASH | RE0000829089 |
| 345 | THIRD SUITE FOR BAND | REED | PA0000136319 |
| 346 | NAKED IN THE RAIN | DIO | PA0000338979 |
| 347 | CRAZY OR HIGH | WYLDE | PA0001233419 |
| 348 | STAGNATION | PHILLIPS/RUTHERFORD/GABRIEL/BANKS | RE0000811901 |
| 349 | YOU DON'T BELONG | DAUGHTRY | PA0001656909 |
| 350 | CINCINNATI OHIO | ANDERSON | RE0000589901 |
| 351 | DEMISE OF SANITY | WYLDE | PA0001250564 |
| 352 | BROKEN HEROES | BYFORD/DAWSON | PA0000267979 |
| 353 | TRY YOUR LUCK | HALES/MOORE/STEPHENSON/STEPHENSON | PA0002281518 |
| 354 | OVERLORD | WYLDE | PA0001736387 |
| 355 | MARRY ME A LITTLE | SONDHEIM | PA0000300080 |
| 356 | MY DYING TIME | WYLDE | PAu003710283 |
| 357 | TEETH OF THE HYDRA | VAI | PA0002398488 |
| 358 | EAGLE HAS LANDED | BYFORD/DAWSON/GLOCKLER/OLIVER/QUINN | PA0000300034 |
| 359 | ANOTHER THE LETTER | GILBERT/NEWMAN/LEWIS/GOTOBED | PA0000012985 |
| 360 | PARADA DE LOS SOLDADITOS DE MADE | JESSEL | PA0001815864 |
| 361 | TRAMPLED DOWN BELOW | WYLDE | PAU003900697 |
| 362 | EL CABALLO PELOTERO | CAPO | RE0000282245 |
| 363 | RAZOR'S EDGE | DOYLE/CHRISTIE/BUSLOWE | PA0000186817 |
| 364 | CREATURE | CROSBY/JARVIS/MASON/WERBROUCK EDWARDS | PA0002281578 |
| 365 | SILENCIO | LA PERA/GARDEL/RAVEN/HILL | E pub. 41177 |
| 366 | SAY SI SI | LECUONA/LUBAN/STILLMAN | PA0000061399 |
| 367 | WASTED YOUTH | STEINMAN | PA0000669767 |
| 368 | NOTBROKEN | RZEZNIK | PA0001716837 |
| 369 | GET THE FUCK OUT | SABO/SOUTHWORTH | PA0000566001 |
| 370 | I'VE ENJOYED AS MUCH OF THIS AS I CAN STAND | ANDERSON | RE0000487029 |
| 371 | THE ESSENCE | OLDFIELD | PA0001278401 |
| 372 | RIOT ACT | SABO/SOUTHWORTH | PA0000535763 |
| 373 | MAMA INEZ | GRENET/GILBERT | RE0000082233 |
| 374 | MACHINE GUN | BYFORD/DAWSON/GILL/OLIVER/QUINN | PA0000311592 |
| 375 | TWO LADIES | EBB/KANDER | RE0000654049; RE0000660224 |
| 376 | IF YOU GOTTA MAKE A FOOL OF SOMEBODY | CLARK | RE0000429381 |
| 377 | THE DARK SENTENCER | SANCHEZ | PA0002151065 |
| 378 | OR DOWN YOU FALL | JACKSON/SCOTT-HERON | PA0000393952 |
| 379 | EX LION TAMER | NEWMAN/LEWIS/GILBERT/GOTOBED | PA0000012975 |
| 380 | MIDNIGHT | WELCH/MARVIN | RE0000435247 |
| 381 | THE GARDEN OF EDEN | BOLCOM | PA0001352693 |
| 382 | SHADOOGIE | WELCH/MARVIN/HARRIS/MEEHAN | RE0000435242 |
| 383 | DREAMING OUT LOUD | HAYNES | PA0002427851 |
| 384 | A QUIET THING | EBB/KANDER | RE0000609648; RE0000611109 |
| 385 | IT COMES AND GOES | ANDERSON | RE0000487030 |
| 386 | THE PAVILION (A LONG WAY BACK) | SANCHEZ | PA0002151086 |
| 387 | CINDY OH CINDY | LONG/BARRON | PAu003403012 |

| No. | Title | Composer(s) | Copyright Registration Number(s) |
|---|---|---|---|
| 388 | THREE REVELATIONS FROM THE LOTUS SUTRA | REED | PA0001144153 |
| 389 | MARRIED | EBB/KANDER | RE0000667151; RE0000655556 |
| 390 | GREAT BOLEROS OF FIRE | STEINMAN | PA0001599131 |
| 391 | WALTZ OF THE WOODEN SOLDIERS | JESSEL/MACDONALD | PA0001815864 |
| 392 | YOURS | ROIG/GAMSE/SHERR/RODRIGUEZ | PA0000040939 |
| 393 | SELL MY SOUL FOR YOU | AZULAY | PA0000051739 |
| 394 | LOST BOYS AND GOLDEN GIRLS | STEINMAN | PA0000669767 |
| 395 | EL RELAMPAGO | VARGAS | PA0001754887 |
| 396 | DON'T YOU KNOW I'M IN A BAND | HALES/MOORE/STEPHENSON/STEPHENSON | PA0002281554 |
| 397 | BEST THINGS (THE) | PATRICK | PA0001157792 |
| 398 | EL GRILLERO | WILSON | PA0001041134 |
| 399 | LIFE, BIRTH, BLOOD, DOOM | WYLDE | PA0001250560 |
| 400 | QUEEN OF SORROW | WYLDE | PA0001233444 |
| 401 | MACHINE GUN MAN | WYLDE | PAu001757696 |
| 402 | MY COLORING BOOK | EBB/KANDER | RE0000463767; RE0000463766 |
| 403 | WOMAN I LOVE | CALE | RE0000663455 |
| 404 | SAME AS IT EVER WAS | HAYNES | PA0002427887 |
| 405 | QUE TE PASA A TI | CAPO | RE0000282245 |
| 406 | THE RIVER ONLY FLOWS ONE WAY | HAYNES | PA0002427893 |
| 407 | WON'T FIND IT HERE | WYLDE | PA0001227026 |
| 408 | THE PAPER DOLL | VILLA-LOBOS | E pub. 116150 |
| 409 | FLAT TOP | RZEZNIK | PA0000745915 |
| 410 | CANTO KARABALI | LECUONA | E for. 3862 |
| 411 | LITTLE CONCERT SUITE | REED | PA0000254444 |
| 412 | GITANERIAS | LECUONA | E pub. 80906 |
| 413 | RISE AND FALL OF FLINGEL BUNT | BENNETT/WELCH/MARVIN/ROSTILL | RE0000604167 |
| 414 | BETWEEN HEAVEN AND HELL | WYLDE | PA0001213406 |
| 415 | NIGHTFALL | LOEB | PA0001136824 |
| 416 | LAST NIGHT OF THE WORLD | COCKBURN | PA0001025101 |
| 417 | SEVEN STONES | BANKS/GABRIEL/HACKETT/RUTHERFORD | PAu001061049 |
| 418 | NOCTURNAL PLEASURE | STEINMAN | PAu000336725 |
| 419 | PEACE OF MIND | WATERS | PA0001623946 |
| 420 | AMERICAN CLICHE | PATRICK | PA0001244391 |
| 421 | BROTHER WHERE ARE YOU | BROWN | RE0000334765 |
| 422 | SIDEWALK TALK | CICCONE | PAu 925-241 (1987) |
| 423 | NOWHERE TO RUN | CALE | RE0000663454 |
| 424 | LAST NIGHT WAS MADE FOR LOVE | FIELDING | RE0000476324 |
| 425 | LIPSTICK AND BRUISES | BALDES/POPOFF/POPOFF/SHELLENBERGER | PA0001118372 |
| 426 | STUDIES FOR GUITAR | SEGOVIA/SOR | E pub. 134529 |
| 427 | I CAN'T WAIT ANYMORE | BYFORD/OLIVER/QUINN | PA0000391573 |
| 428 | YOU ARE NOT ALONE | KOWALCZYK | PA0001165901 |
| 429 | YES | EBB/KANDER | RE0000808897 |
| 430 | SHINDIG | WELCH/MARVIN | RE0000523942 |
| 431 | THINKING ABOUT YOU | BATY | PA0001341578 |
| 432 | TRIANGULO | CAPO | PAU001478991 |
| 433 | BACK INTO HELL (INSTRUMENTAL) | STEINMAN | PA0000668445 |
| 434 | LONG WAY FROM HOME | DAVIES | RE0000797533 |
| 435 | GETAWAY | POWELL | RE0000649194 |

| No. | Title | Composer(s) | Copyright Registration Number(s) |
|---|---|---|---|
| 436 | NIVRAM | WELCH/MARVIN/HARRIS | RE0000435238 |
| 437 | PEEL ME A NANNER | ANDERSON | RE0000544129 |
| 438 | A GAY RANCHERO | TUVIM/ESPINOSA/LUBAN | PA0000059681 |
| 439 | DE LA MONTANAS VENIMOS | CAPO | RE0000240102 |
| 440 | ALL THAT I KNOW | ROLAND | PA0001589283 |
| 441 | ROAD BACK HOME | WYLDE | PA0001213406 |
| 442 | ONLY ONE | WADE | PA0001028629 |
| 443 | THE DAY THAT HEAVEN HAD GONE AWAY | WYLDE | PAu003900697 |
| 444 | WIND ME UP (AND LET ME GO) | MONTGOMERY/TALLEY | RE0000530608 |
| 445 | IS IT SO STRANGE | YOUNG | RE0000259238 |
| 446 | IF A TREE FALLS | COCKBURN | PAu001180359 |
| 447 | UPTOWN DOWNTOWN | SONDHEIM | PA0000042259 |
| 448 | HAROLD THE BARREL | BANKS/COLLINS/GABRIEL/GABRIEL/HACKETT/RUTHERFORD | PAu001076606 |
| 449 | DONDE ESTAS CORAZON | MARTINEZ SERRANO | E for. 2205 |
| 450 | COLD | STEINMAN/WEBBER | PA0001144117 |
| 451 | FOR ABSENT FRIENDS | BANKS/GABRIEL/HACKETT/RUTHERFORD | PAu001076605 |
| 452 | FIFTH SUITE FOR BAND | REED | PA0000770639 |
| 453 | LOVING TOUCH | OLDFIELD | PA0001379130 |
| 454 | PERFECTLY MARVELOUS | EBB/KANDER | RE0000654077 |
| 455 | LAZY EYE | RZEZNIK | PA0000856151 |
| 456 | PIECES | CAMERON | PA0001245124 |
| 457 | BOLIVIA | BARBIERI | RE0000847466 |
| 458 | SPICE | LOEB | PA0001215641 |
| 459 | TRES MINIATURAS | LECUONA | E pub. 117213 |
| 460 | ORDINARY TOWN | BAXXTER/JORDAN (DE)/MAXIME/TOMPSON | PA0000492331 |
| 461 | VICTORY | LEYDEN | E 635971 |
| 462 | DEAD AS YESTERDAY | WYLDE | PAu001841354 |
| 463 | LOVE REIGN DOWN | WYLDE | PA0002352802 |
| 464 | UNHEAVENLY CREATURES | SANCHEZ | PA0002151069 |
| 465 | GOD-WHY-DON'T-YOU-LOVE-ME BLUES | SONDHEIM | PAU001754713 |
| 466 | VIVA MUSICA | REED | PA0000217641 |
| 467 | IT'S A PARTY IN HERE | WATERS | PA0001987812 |
| 468 | BLACK SUNDAY | SANCHEZ | PA0002151072 |
| 469 | WHITE MOUNTAIN | PHILLIPS/RUTHERFORD/GABRIEL/BANKS | RE0000811900 |
| 470 | PLACES TO LIVE | WEINSTEIN/BOLCOM | PA0000258502 |
| 471 | SORRY - GRATEFUL | SONDHEIM | PA0002076699 |
| 472 | SANTA GOT LOST | REEVES/REEVES | RE0000670016 |
| 473 | CAPTURED | HAYNES | PA0001872770 |
| 474 | HIGH FIVE | LOEB | PA0001136761 |
| 475 | I DON'T LOVE YOU ANYMORE, I GUESS | ANDERSON | RE0000788409 |
| 476 | MAMA INEZ | GRENET | PA0000059682 |
| 477 | GERONIMO | MARVIN | RE0000278494 |
| 478 | DAMISELA ENCANTADORA | LECUONA | E for. 41996 |
| 479 | SUZIE HOLD ON | BYFORD/DAWSON/GILL/OLIVER/QUINN | PA0000311591 |
| 480 | PEACE I NEED | HAYNES | PA0002427854 |
| 481 | KISS IS A TERRIBLE THING TO WASTE | STEINMAN/WEBBER | PA0001144125 |
| 482 | HEART OF DARKNESS | WYLDE | PAu003710283 |
| 483 | JUST US | LOEB | PA0001136812 |

| No. | Title | Composer(s) | Copyright Registration Number(s) |
|---|---|---|---|
| 484 | I'LL KILL YOU IF YOU DON'T COME BACK | STEINMAN | PA0000118997 |
| 485 | LIKE A BIRD | WYLDE | PA0001250577 |
| 486 | WAY BEYOND EMPTY | WYLDE | PAu001991889 |
| 487 | YES MY DARLING DAUGHTER | LAWRENCE | E pub. 76864 |
| 488 | DENMARK STREET | DAVIES | RE0000797536 |
| 489 | SO WHAT | EBB/KANDER | RE0000654731; RE0000655557 |
| 490 | DAYS GO BY | WADE | PA0001209689 |
| 491 | JET BLACK | HARRIS | RE0000426054 |
| 492 | ACT NICE AND GENTLE | DAVIES | RE0000797528 |
| 493 | HELLO MY BABY | EMERSON/HOWARD/SINGER | PA0000222242 |
| 494 | YOU'VE GOT TO LOVE HER WITH A FEELING | KING/THOMPSON | RE0000369659 |
| 495 | WOLF AT YOUR DOOR | ADAY/BUSLOWE | PA0000223762 |
| 496 | WHAT WOULD YOU DO | EBB/KANDER | RE0000654745; RE0000655564 |
| 497 | DEATH MARCH | WYLDE | PAu002587315 |
| 498 | WHAT I LIKE | MALLOY/GODDARD | PA0000308850 |
| 499 | MIAMI BEACH RHUMBA | FIELDS/GAMSE | PA0000040938 |
| 500 | MUDKICKER | BIERK/MULVEHILL/SOUTHWORTH | PA0000535764 |
| | | | |