SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

ALEX W. MILLER (*pro hac vice pending*)
alex.miller@wilmerhale.com
JARED V. GRUBOW (*pro hac vice pending*)
jared.grubow@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

*Attorney for Defendant Anthropic PBC*

LOUIS W. TOMPROS (*pro hac vice pending*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

ARI HOLTZBLATT (SBN 354361)
ari.holtzblatt@wilmerhale.com
ROBIN C. BURRELL (*pro hac vice pending*)
robin.burrell@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ROUND HILL MUSIC LP ET AL.,

Plaintiff,

vs.

ANTHROPIC PBC,

Defendant.

Case No. 3:26-cv-08505-CRB

**NOTICE OF FILING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Judge Charles R. Breyer

[N.D. Cal. Civil L.R. 3-12]

On August 25, 2026, Anthropic, PBC, filed a motion for administrative relief in *Concord Music Group v. Anthropic PBC*, No. 5:24-cv-03811-EKL-SVK (N.D. Cal.) ("*Concord I*") to consider whether *Round Hill Music LP et al., v. Anthropic PBC*, Case No. 26-cv-08505-CRB (N.D. Cal.) ("*Round Hill*") should be related to *Concord I*, *Concord Music Group, Inc. v. Anthropic PBC*, No. 5:26-cv-00880-EKL-SVK, and *BMG Rights Management (US) LLC v. Anthropic PBC*, No. 3:26-cv-02334-EKL-SVK. For the Court's convenience, Anthropic hereby attaches as Exhibit A Anthropic's motion to relate *Round Hill* to *Concord I*.

Date: August 25, 2026

Respectfully submitted,

By: *__/s/ Sonal N. Mehta________________*

**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**

SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

LOUIS W. TOMPROS (*pro hac vice pending*)
louis.tompros@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

ARI HOLTZBLATT (SBN 354361)
ari.holtzblatt@wilmerhale.com
ROBIN C. BURRELL (*pro hac vice pending*)
robin.burrell@wilmerhale.com
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000

ALEX W. MILLER (*pro hac vice pending*)
alex.miller@wilmerhale.com
JARED V. GRUBOW (*pro hac vice pending)*

jared.grubow@wilmerhale.com
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Defendant*
**ANTHROPIC PBC**