United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROUND HILL MUSIC LP, et al.,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

Case No. 3:26-cv-08505-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, David M. Niemierzycki, an active member in good standing of the bar of Tennessee, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Jeffrey E. Faucette, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SBN193066.

| | |
|---|---|
| 1600 West End Ave., Suite 1400, Nashville, TN 37203 | 505 Montgomery St., 11th Fl., San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (615) 259-1450 | (415) 874-3181 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| david.niemierzycki@arlaw.com | jeff@skaggsfaucette.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 039921.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 26, 2026

*/s/ David M. Niemierzycki*
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David M. Niemierzycki is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ________________________

_______________________________________
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# *Supreme Court of Tennessee*

# *Certificate of Good Standing*

*I, J. Scott Griswold, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that*

*David Meredith Niemierzycki*

*is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on May 4, 2022, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.*

*In testimony whereof, I have set my hand and affixed the seal of the Court on this the 20th day of August, 2026.*

SEAL OF THE TENNESSEE JUDICIARY
FIAT JUSTITIA RUAT COELUM
1796

*J. Scott Griswold*
*Clerk of the Supreme Court of Tennessee*

*By:* ______________________
*Ashley Boggess, D.C.*