United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROUND HILL MUSIC LP, et al.,
Plaintiffs,

v.

ANTHROPIC PBC,
Defendant.

Case No. 26-cv-08505-EKL

**ORDER DETERMINING CASES ARE NOT RELATED**

Re: Dkt. No. 10

The Court has determined that *Round Hill Music LP v. Anthropic PBC*, Case No. 26-cv-08505-EKL, and *Round Hill Music LP v. Suno, Inc.*, Case No. 26-cv-08507, are not related within the meaning of Civil Local Rule 3-12. Accordingly, the Court DENIES the administrative motion to relate cases. ECF No. 10.

**IT IS SO ORDERED.**

Dated: September 2, 2026

EUMI K. LEE
United States District Judge