[Counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROUND HILL MUSIC LP, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 5:26-cv-08505-EKL-SVK<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge: Hon. Eumi K. Lee<br>Magistrate Judge Susan van Keulen<br>Courtroom: 7 – 4th Floor |
| RESERVOIR MEDIA MANAGEMENT, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 5:26-cv-12308-EKL<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge: Hon. Eumi K. Lee<br>Courtroom: 7 – 4th Floor |
| ABG EPE IP LLC, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 5:26-cv-12473-EKL<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge: Hon. Eumi K. Lee<br>Courtroom: 7 – 4th Floor |

**STIPULATION**

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the Parties in *Round Hill Music LP, et al. v. Anthropic PBC*, Case No. 5:26-cv-08505-EKL ("*Round Hill*"); *Reservoir Media Management, Inc., et al. v. Anthropic PBC*, Case No. 5:26-cv-12308-EKL ("*Reservoir*"); and *ABG EPE IP LLC, et al. v. Anthropic PBC*, Case No. 5:26-cv-12473-EKL ("*ABG*"), by and through their respective counsel of record, hereby stipulate and request that the Court order as follows in the above-captioned cases ("Actions"):

WHEREAS, *Round Hill*, *ABG*, and *Reservoir* are three of seven pending related cases, *Concord Music Group, Inc., et al. v. Anthropic PBC*, Case No. 24-cv-03811-EKL-SVK (N.D. Cal.) ("*Concord I*"); *Concord Music Group, Inc., et al. v. Anthropic PBC, et al.*, Case No. 26-cv-00880-EKL (N.D. Cal.) ("*Concord II*"); *BMG Rights Management (US) LLC, et al. v. Anthropic PBC, et al.*, Case No. 5:26-cv-02334-EKL (N.D. Cal.) ("*BMG*"); *Sony Music Publishing (US) LLC, et al. v. Anthropic PBC, et al.*, Case No. 5:26-cv-09217-EKL ("*SMP-WCM*"); *Round Hill*; *Reservoir*; and *ABG* (the "Related Cases");

WHEREAS, the *Round Hill* Plaintiffs filed their initial complaint against Anthropic on August 17, 2026 (*Round Hill*, Dkt. No. 1);

WHEREAS, on October 22, 2026, the Court entered, as modified, the *Round Hill* Parties' stipulated schedule extending the deadlines for Round Hill to file an amended complaint and for Anthropic's response and briefing on any motion to dismiss (*Round Hill*, Dkt. 41);

WHEREAS, on October 23, 2026, the *Round Hill* Plaintiffs filed an amended complaint against Anthropic (*Round Hill*, Dkt. 42);

WHEREAS, under the stipulated schedule, Anthropic's motion to dismiss is currently due on November 30, 2026; Round Hill's deadline to oppose any motion to dismiss is January 11, 2027; Anthropic's deadline to file a reply in support of any motion to dismiss is January 29, 2027; and the Court provided that Anthropic may notice the motion to dismiss hearing for February 24, 2027 (*Round Hill*, Dkt. 41);

WHEREAS, the Parties' joint case management statement in *Round Hill* is due December 2, 2026, an initial case management conference is scheduled for December 16, 2026 (*Round Hill*, Dkt. 35), and no further deadlines in this Action have been set;

WHEREAS, the *ABG* Plaintiffs filed a complaint against Anthropic on October 23, 2026, (*ABG*, Dkt. 1), and Anthropic's response is currently due on December 28, 2026 (*ABG*, Dkt. 5);

WHEREAS, the Parties' joint case management statement in *ABG* is due February 24, 2027, and an initial case management conference is scheduled for March 10, 2027 (*ABG*, Dkt. 11), and no further deadlines in this Action have been set;

WHEREAS, the *Reservoir* Plaintiffs filed a complaint against Anthropic on October 21, 2026 (*Reservoir*, Dkt. 1) and an amended complaint against Anthropic on November 11, 2026 (*Reservoir*, Dkt. 17), and Anthropic's response is currently due on December 28, 2026 (*Reservoir*, Dkt. 9);

WHEREAS, the Parties' joint case management statement in *Reservoir* is due February 24, 2027, and an initial case management conference is scheduled for March 10, 2027 (*Reservoir*, Dkt. 21), and no further deadlines in this Action have been set;

WHEREAS, on November 4, 2026, the Court heard oral argument with respect to Anthropic's partial motion to dismiss in the related case, *Concord II*;

WHEREAS, the *Concord II* Parties agreed to on November 13, 2026, and the Court entered on November 16, 2026, a stipulated schedule for an amended complaint and briefing on any motion to dismiss that amended complaint (*Concord II*, Dkt. 144);

WHEREAS, under that stipulated schedule, the *Concord II* Plaintiffs' Third Amended Complaint is currently due on December 4, 2026; the *Concord II* Defendants' deadline to respond or file a motion to dismiss is January 11, 2027; the deadline to oppose any motion to dismiss is February 12, 2027; the deadline to file a reply brief is March 5, 2027; and Defendants may notice a hearing on any motions to dismiss on March 31, 2027, or a later date at the Court's convenience (*Concord II*, Dkt. 144);

WHEREAS, on November 12, 2026, the Court stayed briefing on the motions to dismiss in *SMP-WCM* and *BMG* pending resolution of the *Concord II* motion (*SMP-WCM*, Dkt. 49; *BMG*, Dkt. 68);

WHEREAS, the Parties in *Round Hill*, *Reservoir*, and *ABG* agree that the Court's rulings and guidance with respect to the sufficiency of the *Concord II* Third Amended Complaint will directly impact the resolution of similar questions with respect to the *Round Hill*, *Reservoir*, and *ABG* complaints, which assert a number of similar and overlapping claims compared to those in *Concord II*;

WHEREAS, the Parties agree that staying the deadlines in *Round Hill*, *Reservoir*, and *ABG* for any amendment to the complaints and briefing any subsequent motions to dismiss until after these issues are resolved in *Concord II* will promote efficiency, conserve the Court's resources, and avoid duplicative and/or potentially inconsistent briefing and rulings, and is consistent with the Court's Order staying deadlines for the *SMP-WCM* and *BMG* motions to dismiss (*SMP-WCM*, Dkt. 49; *BMG*, Dkt. 68);

WHEREAS no trial date or full case schedule has yet been set in *Round Hill*, *Reservoir*, or *ABG* and no other scheduled deadlines would be affected if the Parties' stipulation is entered;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE and propose under Civil Local Rules 6-1(b) and 6-2 that the Court stay the current deadlines for any amendments to the complaints and briefing of Anthropic's motions to dismiss (as necessary) in *Round Hill*, *Reservoir*, and *ABG* pending the filing of an amended complaint in the related case *Concord II* and the resolution of any motions to dismiss that may be filed as to that amended *Concord II* complaint. Upon resolution of the *Concord II* motions to dismiss, the Parties in *Round Hill*, *Reservoir*, and *ABG* shall promptly meet and confer to propose amendment and briefing schedules in their respective actions, where applicable.

Date: November 24, 2026

Respectfully submitted,

/s/ *Sonal N. Mehta*

SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

LOUIS W. TOMPROS (*Pro Hac Vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

ARI HOLTZBLATT (SBN 354361)
ari.holtzblatt@wilmerhale.com
ROBIN C. BURRELL (*Pro Hac Vice*)
robin.burrell@wilmerhale.com
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000

ALEX W. MILLER (*Pro Hac Vice*)
alex.miller@wilmerhale.com
JARED V. GRUBOW (*Pro Hac Vice*)
jared.grubow@wilmerhale.com
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Defendant*
**ANTHROPIC PBC**

Date: November 24, 2026

/s/ *Richard S. Busch*

RICHARD S. BUSCH (SBN 319881)
richard.busch@arlaw.com
Mark L. Block (SBN 115457)
mark.block@arlaw.com
David Niemierzycki (*pro hac vice*)
david.niemierzycki@arlaw.com
Andrew H. “Drew” Davis (*pro hac vice*)
drew.davis@arlaw.com
**ADAMS & REESE, LLP**
1600 West End Ave., Suite 1400
Nashville, TN 37203
Telephone: (615) 259-1450
Fax: (615) 259-1470

Jeffrey E. Faucette (SBN 193066)
jeff@skaggsfaucette.com
Martin R. Glick (SBN 40187)
marty@skaggsfaucette.com
**SKAGGS FAUCETTE LLP**
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Telephone: (415) 874-3181
Fax: (888) 980-6547

*Attorneys for Round Hill Plaintiffs, Reservoir Plaintiffs, and ABG Plaintiffs*

**ATTESTATION (L.R. 5-1(i)(3))**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 24, 2026 By: */s/ Sonal N. Mehta*
Sonal N. Mehta

**~~[PROPOSED]~~ ORDER**

Good cause appearing therefore, the Court ORDERS as follows:

The current deadlines for any amendments to the complaints and briefing Anthropic's motions to dismiss in *Round Hill Music LP, et al. v. Anthropic PBC*, Case No. 5:26-cv-08505-EKL ("*Round Hill*"); *Reservoir Media Management, Inc., et al. v. Anthropic PBC*, Case No. 5:26-cv-12308-EKL ("*Reservoir*"); and *ABG EPE IP LLC, et al. v. Anthropic PBC*, Case No. 5:26-cv-12473-EKL ("*ABG*") are STAYED pending the filing of an amended complaint in the related case *Concord Music Group, Inc., et al. v. Anthropic PBC, et al.*, Case No. 5:26-cv-00880-EKL-SVK ("*Concord II*"), and the resolution of any motions to dismiss that may be filed as to that amended *Concord II* complaint.

Upon resolution of the *Concord II* motions to dismiss, the Parties in *Round Hill*, *Reservoir*, and *ABG* are ORDERED to promptly meet and confer to propose amendment and briefing schedules in their respective actions, where applicable.

**IT IS SO ORDERED.**

DATED: November 24, 2026

THE HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE